```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 05 B 45214
   ANDREA VOSS
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-4397

-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/06/2005 and was confirmed 11/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  22.24% from remaining funds.

     The case was paid in full 12/08/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
PAYDAY LOAN STORE          SECURED             1200.00        51.39        1200.00
ADVANCE TIL PAYDAY         UNSECURED         NOT FILED          .00            .00
AT & T BANKRUPCTY          UNSECURED         NOT FILED          .00            .00
AT & T BANKRUPCTY          UNSECURED         NOT FILED          .00            .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY       NOT FILED          .00            .00
CITY OF CHICAGO PARKING    UNSECURED OTH       450.00           .00         100.07
COMCAST                    UNSECURED         NOT FILED          .00            .00
CREDIT PROTECTION ASSOCI   NOTICE ONLY       NOT FILED          .00            .00
COMMONWEALTH EDISON        UNSECURED         NOT FILED          .00            .00
CROSS COUNTRY BANK         UNSECURED         NOT FILED          .00            .00
DIRECTV                    UNSECURED         NOT FILED          .00            .00
FIRST CONSUMERS NATIONAL   UNSECURED         NOT FILED          .00            .00
GEM PROPERTIES             UNSECURED           4205.00          .00         935.32
GLOBAL TCI DATA            UNSECURED         NOT FILED          .00            .00
HARVARD COLLECTION SERVI   UNSECURED         NOT FILED          .00            .00
ILLINOIS DEPT OF HUMAN S   UNSECURED           5056.00          .00        1124.61
INSTANT CASH ADVANCE       UNSECURED         NOT FILED          .00            .00
JEWEL OSCO/US BANK NA      UNSECURED         NOT FILED          .00            .00
MCI RESIDENTIAL SERVICES   UNSECURED         NOT FILED          .00            .00
NICOR GAS                  UNSECURED            873.26          .00         194.24
PAYDAY LOAN CORP           UNSECURED           2010.75          .00         447.25
DAVID J AXELROD & ASSOC    NOTICE ONLY       NOT FILED          .00            .00
PAYROLL LOANS DIRECT       UNSECURED         NOT FILED          .00            .00
QUEST DIAGNOSTICS          UNSECURED         NOT FILED          .00            .00
AT & T BANKRUPCTY          UNSECURED         NOT FILED          .00            .00
SOUTH SUBURBAN HOSPITAL    UNSECURED         NOT FILED          .00            .00
SPRINT                     UNSECURED         NOT FILED          .00            .00
TCF BANK & SAVINGS         UNSECURED         NOT FILED          .00            .00
VILLAGE OF EAST HAZELCRE   UNSECURED         NOT FILED          .00            .00
WOMENS WELLNESS WORLD      UNSECURED         NOT FILED          .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY         2,700.00                     2,700.00
TOM VAUGHN                 TRUSTEE                                           447.12

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 45214 ANDREA VOSS
```

```
DEBTOR REFUND              REFUND                                      183.20

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    7,383.20

PRIORITY                                                  .00
SECURED                                              1,200.00
     INTEREST                                           51.39
UNSECURED                                            2,801.49
ADMINISTRATIVE                                       2,700.00
TRUSTEE COMPENSATION                                   447.12
DEBTOR REFUND                                          183.20
                          ---------------      ---------------
TOTALS                      7,383.20                7,383.20
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/05/09             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                             PAGE   2
         CASE NO. 05 B 45214 ANDREA VOSS